UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

              Plaintiffs,

              v.

LEHIGH UNIVERSITY,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-826

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LEHIGH UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       January 24, 2023

                                               **GOTTLIEB & ASSOCIATES**

                                               <u>/s/Michael A. LaBollita, Esq.</u>

                             Michael A. LaBollita, Esq., (ML-9985)
                                   150 East 18th Street, Suite PHR
                                           New York, NY 10003
                                              Phone: (212) 228-9795
                                                 Fax: (212) 982-6284
                                               Michael@Gottlieb.legal

                                                 *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge